UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

G & G CLOSED CIRCUIT EVENTS, LLC,

Plaintiff,

v.

ADELIO WALDEN and JERRY KENWONG, individually and doing business as ISLANDERS a/k/a ISLANDER'S LOUNGE; and D & J BAR & GRILL LLC, doing business as ISLANDERS a/k/a ISLANDER'S LOUNGE,

Defendants.

No.  2:25-cv-01796 WBS AC

ORDER

On April 6, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 23.  Plaintiff has filed objections to the findings and recommendations.  ECF No. 24.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.  For the reasons thoroughly addressed by the magistrate judge, the court finds that the

1

damages awarded sufficiently address the nature of the violation and properly serve the deterrent purposes of the relevant statutes.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 6, 2026, are adopted in full;

2. Plaintiff's motion for default judgment (ECF No. 17) is GRANTED in part and judgment is entered for plaintiff;

3. The court awards plaintiff statutory damages in the amount of $1,000 for the violation of 47 U.S.C. § 605 and $900 in damages for the tort of conversion;

4. Plaintiff is granted 14 days from the entry of judgment to submit its motion for costs and attorneys' fees; and

5. This case is closed.

Dated:  May 4, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2