Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ADELIO WALDEN, et al.,<br><br>Defendants. | Case No.:  2:25-cv-01796-WBS-CKD<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS<br><br>Date:    July 6, 2026<br>Time:   1:30 p.m.<br>Court:  Courtroom 5, 14th Floor<br>Judge:  Hon. William B. Shubb |

THIS MATTER having come before the Court on the Notice of Motion and Motion for Attorneys' Fees and Costs filed by Plaintiff herein, and the Court having considered the pleadings and documents and been otherwise advised, **IT IS HEREBY ORDERED AND ADJUDGED that,** in addition to damages previously awarded herein, Plaintiff is awarded $1,624.34 in costs and $15,573.80 in attorneys' fees.

**It is so ordered**:

Dated:  June 15, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE